**CITY OF NEW YORK,**
Plaintiff–Appellee,

v.

James D. WATKINS, Secretary of Energy, United States Department of Energy, and George B. Breznay, Director, Office of Hearing and Appeals, United States Department of Energy, Defendant–Appellants.

**No. D.C. 116.**

Temporary Emergency Court of Appeals.

Jan. 9, 1992.

Steuart M. Gerson, Asst. Atty. Gen., Jay B. Stephens, U.S. Atty., Thomas Millet and Judry L. Subar, Attys., Dept. of Justice, Civ. Div.; Stephen C. Skubel, Dept. of Energy, of counsel, Washington, D.C., for defendants-appellants.

Elizabeth I. Freedman, Victor A. Kovner, Corp. Counsel, New York City, on the brief for plaintiff-appellee.

Before GARZA, C.J., and CHRISTENSEN and DAUGHERTY, JJ.

PER CURIAM:

This case was placed upon the Summary Calendar pursuant to TECA General Rule 27. After careful consideration of the briefs and the record on appeal, we find ourselves in agreement with the reasoning and conclusions of the district court, which granted summary judgment in favor of the plaintiff New York City, denied defendants' motion for summary judgment, and remanded the matter to the Department of Energy. *See City of New York v. Watkins*, 757 F.Supp. 72 (D.D.C.1991).

AFFIRMED.